## LAWHORN v. STATE.
### No. 25571.

Court of Criminal Appeals of Texas.
Dec. 12, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully selling intoxicating liquor in a dry area. The penalty assessed is a fine of $500 and confinement in the county jail for 30 days.

The transcript before us contains no notice of appeal, in the absence of which this court is without authority to consider the appeal. It is therefore dismissed.